CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MICHAEL T. PYLE (CABN 172954)
Assistant United States Attorney
60 South Market, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5087
Email: michael.t.pyle@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: REQUEST FOR JUDICIAL ASSISTANCE FROM SEOUL CENTRAL DISTRICT COURT, REPUBLIC OF KOREA | Case No. 25-80241<br><br>**UNITED STATES' APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782(a)** |

1    The United States of America respectfully files this Application for an order pursuant to 28 U.S.C. § 1782 appointing Assistant United States Attorney Michael T. Pyle as Commissioner for the purposes of obtaining information from Google LLC ("Google") and to take such other action as is required to execute two Letters of Request from the Seoul Central District Court, Republic of Korea ("Korean Court") issued in connection with a judicial proceeding before the Korean Court.

   Counsel for the United States has been in communication with counsel for Google regarding the two Letters of Request and this Application prior to this filing. Counsel for Google has informed the undersigned that while Google reserves all rights with respect to any response to any subpoena issued pursuant to this Application, Google does not object to the granting of the Application or the issuance of a subpoena pursuant to this Application in the first instance.

   The grounds for this Application are more fully articulated in the Memorandum of Law and the Declaration of Michael T. Pyle that are being simultaneously filed with the Application. A proposed Order is also provided for the convenience of the Court.

DATED: August 12, 2025                    Respectfully submitted,

                                          CRAIG H. MISSAKIAN
                                          United States Attorney

                                          /s/ Michael T. Pyle

                                          MICHAEL T. PYLE
                                          Assistant United States Attorney

                                          Attorneys for the United States of America