# Exhibit  2



NATIONAL COURT ADMINISTRATION
REPUBLIC OF KOREA
219 SEOCHO-DAERO, SEOCHO-GU, SEOUL, KOREA, 06590
Tel: 82-2-3480-1734, Fax: 82-2-533-2824

Apr. 8, 2025
Our Ref: **2025-F-1050**

**CENTRAL AUTHORITY FOR USA**

Office of International Judicial Assistance
U.S. Department of Justice
1100 L Street, NW, Room 8102
Washington, D.C. 20005
United States of America

To whom it may concern,

The National Court Administration of the Republic of Korea presents its compliments to the U.S. Department of Justice and has the honour to transmit a request seeking assistance for taking of evidence under the *Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters.*

Please send all documentation concerning execution of the abovementioned request directly to the National Court Administration to the following address :

> **National Court Administration**
> **(Attn: Director of International Affairs)**
>
> **219 Seocho-Daero, Seocho-Gu,**
>
> **Seoul  06590**
>
> **REPUBLIC OF KOREA**

Yours sincerely,

KIM Eun Sil
Director of International Affairs
National Court Administration

APR 2 8 2025
189-34-25-23

1050

# REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO
# THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING
# OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS
## 민사 또는 상사의 해외증거조사협약에 따른 요청서

N.B. Under the first paragraph of Article 4, the Letter of Request shall be in the language of the authority requested to execute it or be accompanied by a translation into that language.
However, the provisions of the second and third paragraphs may permit use of English, French or another language.
(주의사항 : 제4조 제1문에 의하여 촉탁서는 이를 집행할 수탁 당국의 언어로 작성하거나 그 언어로 된 번역문을 첨부하여야 합니다. 그러나 제2분, 제3분의 규정에 의히여 영어, 불어 그리고 다른 언어도 허용됩니다.)

In order to avoid confusion, please spell out the name of the month in each date.
(혼란을 피하기 위하여, 날짜를 쓸 때는 각 달의 이름을 쓰시기 바랍니다.)

Please fill out an original and one copy of this form.
(원본을 작성 후 사본 1부를 첨부하시기 바랍니다.)

| | | |
|---|---|---|
| 1. | Sender<br>(발송처) | **National Court Administration**<br>**(Attn: Director of International Affairs)**<br>**219 Seocho-daero, Seocho-gu,**<br>**SEOUL  06590**<br>**REPUBLIC OF KOREA** |
| 2. | Central Authority of<br>the Requested State<br>(수탁 국가의 중앙당국) | Office of International Judicial Assistance<br>U.S. Department of Justice<br>1100 L Street, NW, Room 8102<br>Washington, D.C. 20005<br>United States of America |
| 3. | Person to whom the<br>executed request is to<br>be returned<br>(집행된 요청서의 수신처) | **National Court Administration**<br>**(Attn: Director of International Affairs)**<br>**219 Seocho-daero, Seocho-gu,**<br>**SEOUL  06595**<br>**the REPUBLIC OF KOREA** |

4.  Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request
(촉탁당국의 요청서에 대한 회신이 언제까지 도착하기를 바라는지 구체적인 날짜를 기재하시기 바랍니다.)

Date
(날짜)

Reason for urgency*
(긴급을 요하는 이유)

\* Omit if not applicable.
(필요 없은 경우에는 삭제할 것.)

**IN CONFORMITY WITH ARTICLE 3 OF THE CONVENTION,
THE UNDERSIGNED APPLICANT HAS THE HONOUR
TO SUBMIT THE FOLLOWING REQUEST:
(협약 제3조에 따라 아래에 서명한 신청인은 다음의 촉탁서를 제출합니다.)**

5. a  Requesting judicial
    authority (Article 3,a)
    (촉탁 사법 당국)
    (제3조 I)

> Seoul Central District Court
> (157 Seocho Jungang-ro, Seocho-gu, Seoul, Republic of Korea)

  b  To the competent
    authority of (Article 3,a)
    (접행할 관할 당국)(제3조 I)
    (모르는 경우에는 기재하지
    말 것.)

> United States District Court for the Northern District of California
> (450 Golden Gate Avenue San Francisco, CA 94102, United States of America)

  c  Names of the case
    and any identifying
    number
    (사건의 이름과 번호)

> 2024GASO1872513 Compensation for damage (Gi)

6. Names and addresses of the parties and their representatives
  (including representatives in the requested State*) (Article 3,b)
  (당사자 및 변호인들의 이름과 주소(수탁 국가내의 변호인을 포함*))(제3조 2)

  a  Plaintiff
    (원고)

> In, Se-yeon

    Representatives
    (변호인)

> LIWU LAW GROUP
> 3rd Fl. Yangjin Bldg.
> 138 Banpodaero, Seochogu
> Seoul, Korea, 06594

  b  Defendant
    (피고)

> Anonymous 10 people

    Representatives
    (변호인)

  c  Other parties
    (그 외)

    Representatives
    (변호인)

\* Omit if not applicable.
  (필요 없은 경우에는 삭제할 것.)

A2679

| 7. a | Nature of the proceedings(divorce, paternity, breach of contract, product liability, etc.) (Article 3,c) (청지의 성격(이혼, 친자, 계약위반, 생산물 책임, 기타 등등))(제3조 3) | Compensation for damage based on illegal act |
|---|---|---|
| b | Summary of complaint (소장(청구)에 대한 요약) | The defendants caused mental distress to the plaintiff through insults and dissemination of false information about the plaintiff. As a result, the plaintiff has filed this civil lawsuit against the defendants for damages. |
| c | Summary of defence and counterclaim* (답변과 반소의 요약) | |
| d | Other necessary information or documents* (그 외 필요한 정보 및 문서*) | |
| 8. a | Evidence to be obtained or other judicial act to be performed(Article 3,d) (취득할 증거 또는 이행할 그 밖의 사법적 처분)(제3조 4) | Personal information of 10 users who posted comments on the YouTube videos: user ID, IP address, email address (if available), date and time of comment posting [Please refer to the attachment for details.] |
| b | Purpose of the evidence or judicial act sought (증거 또는 사법적 처분을 요청하는 목적) | In order to identify the defendants in this case. |
| 9. | Identity and address of any person to be examined (Article 3,e)* (신문 받은 자의 신원과 주소)* (제3조 5)* | Google LLC(Google LLC's registered service agent, Corporation Service Company). Address: Corporation Service Company 2710 Gateway Oaks Drive, Suite 150N Sacramento, CA 95833, United States of America Email: internationalcivil@google.com google-legal-support@google.com |
| 10. | Questions to be put to the persons to be examined or statement of the subject matter about which they are to be examined (Article 3,f)* (신문받은 자에게 할 질문 또는 신문이 이루어질 소송물(주원내용)에 관한 설명)(제3조 6)* | |

* Omit if not applicable.
  (필요 없은 경우에는 삭제할 것.)

A2679

11.　　Documents or other property
　　　　to be inspected
　　　　(Article 3,g)*
　　　　(증거조사가 이루어질 서류나 물건
　　　　(부동산, 동산 등)(제3조 7)*

12.　　Any requirement that the
　　　　evidence be given on
　　　　oath or affirmation and any
　　　　special form to be used
　　　　(Article 3,h)*
　　　　(증거가 선서 또는 서약에 의하여
　　　　제출되어야 하는 요건 및 사용될
　　　　특별한 형식)(제3조 8)*

13.　　　　　　Special　　methods　　or
　　　　procedure
　　　　to be followed (e.g. oral or
　　　　in writing, verbatim,
　　　　transcript or summary,
　　　　cross-examination, etc.)
　　　　(Articles 3, i)and 9)*
　　　　(따라야 하는 특별한 방식
　　　　또는 절차)
　　　　(예: 말로 또는 글로, 말한 그대로
　　　　글로, 글로 옮긴 기록 또는 요약,
　　　　반대신문, 기타 등등)(제3조 9,
　　　　제9조)*

14.　　Request for notification of
　　　　the time and place for the
　　　　execution of the Request
　　　　and identity and address of
　　　　any person to be notified
　　　　(Article 7)*
　　　　(촉탁서의 집행 시간과 장소를
　　　　판게 당사자 또는 대리인에게
　　　　알려 달라는 요청.
　　　　그리고 알려져야 할 이의 신원과
　　　　주소)(제7조)*

15.　　Request for attendance or
　　　　participation of judicial
　　　　personnel of the requestion
　　　　authority at the execution
　　　　of the Letter of Request
　　　　(Article 8)*
　　　　(촉탁서의 집행시에 촉탁 당국
　　　　법관의 출석 또는 참여 요청)
　　　　(제8조)*

* Omit if not applicable.
　(필요없는 경우에는 식제할 것.)

A2679

| | | |
|---|---|---|
| 16. | Specification of privilege or duty to refuse to give evidence under the law of the State of origin (Article 11.b)* (소속국의 법에 의하여 증거제출을 거부할 특권이나 의무) (제11조 2)* | |
| 17. | The fees and costs incurred which are reimbursable under the second paragraph of Article 14 or under Article 26 of the Convention will be borne by* (14조항과 26조항에 의한 요금과 비용의 상환 주체) | |

**DATE OF REQUEST**

Sep 6, 2024

**SIGNATURE AND SEAL OF THE REQUESTING AUTHORITY**

* Omit if not applicable.
  (필요없을 경우에는 삭제할 것.)

A2679

# ITEMS TO BE PRODUCED

Please produce documents containing the following Personally-Identifying Information about the YouTube users listed below

The YouTube users identified below spread false information about the Plaintiff, leading to defamation and insult. Accordingly, the plaintiff in this case filed a civil suit for damages against the following users as defendants, and since torts are being committed through your company's YouTube service, please produce documents for the following requirements in order to identify the defendants.

■ The following information of users who posted comments on the videos listed below, which are part of the YouTube service operated by your company.

<https://www.youtube.com/watch?v=xH6d8rw9GEM>

① Defendant Anonymous (@user-uf2jc1dc6j)

② Defendant Anonymous (@IIIIIIIIII)

③ Defendant Anonymous (@효심조경)

④ Defendant Anonymous (@user-bk3vf2jj8s)

⑤ Defendant Anonymous (@user-uh7lt2re9e)

⑥ Defendant Anonymous (@user-vn5hc6wo2l)

<https://www.youtube.com/watch?v=df9ntAEYaSc>

⑦ Defendant Anonymous (@DBS7788)

⑧ Defendant Anonymous (@user-xs2pg6de7v)

⑨ Defendant Anonymous (@han-nyu-must-die)

⑩ Defendant Anonymous (@user-ed5ih8uk4y)


Please provide the following information for the users listed above.

---

**[AdSense Account Information]**

- Customer profile details: email, AdSense Publisher ID, Google Account ID
- Billing Profile
  > billing address: address, contact name, email, phone, fax, country code
  > customer legal address
  > pin verification address - address, contact name, email, phone, fax, country code

**[Google Pay Information]**

- registered email
- Billing Customer Number
- Google Account ID
- All Billing Addresses: address, telephone number
- Contacts: name, phone, email
- Bank account information: name of bank, bank account number, bank code, billing name, billing address

**[Google Account Information]**

- Google Account ID, name, email, alternate emails, birthday, Google services being used, date account was deleted, account deletion IP address, last date

account was updated, contact email, recovery email, recovery SMS, phone number, 2-Step Verification Phone Numbers, IP activity (about 3 months' timestamps, associated IP addresses, details of device/browser)

**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO
THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING
OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS
민사 또는 상사의 해외증거조사협약에 따른 요청서**

N.B. Under the first paragraph of Article 4, the Letter of Request shall be in the language of the authority requested to execute it or be accompanied by a translation into that language.
However, the provisions of the second and third paragraphs may permit use of English, French or another language.
(주의사항 : 제4조 제1문에 의하여 촉탁서는 이를 집행할 수탁 당국의 언어로 작성하거나 그 언어로 된 번역문을 첨부하여야 합니다. 그러니 제2문, 제3문의 규정에 의하여 영어, 불어 그리고 다른 언어도 허용됩니다.)

In order to avoid confusion, please spell out the name of the month in each date.
(혼란을 피하기 위하여, 날짜를 쓸 때는 각 달의 이름을 쓰시기 바랍니다.)

Please fill out an original and one copy of this form.
(원본을 작성 후 사본 1부를 첨부하시기 바랍니다.)

1. Sender
(발송처)

> 법원행정처
> (국제심의관 앞)
> 대한민국 서울 서초구 서초대로 219
> 06590

2. Central Authority of the Requested State
(수탁 국가의 중앙당국)

> 미국 법무부
> 국제 사법 지원 사무소
> 1100 L Street, NW, Room 8102
> Washington, D.C. 20005
> United States of America

3. Person to whom the executed request is to be returned
(집행된 요청서의 수신처)

> 법원행정처
> (국제심의관 앞)
> 대한민국 서울 서초구 서초대로 219
> 06590

4. Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request
(촉탁당국의 요청서에 대한 회신이 언제까지 도착하기를 바라는지 구체적인 날짜를 기재하시기 바랍니다.)

Date
(날짜)

Reason for urgency*
(긴급을 요하는 이유)

* Omit if not applicable.
(필요 없는 경우에는 삭제할 것.)

A2679

**IN CONFORMITY WITH ARTICLE 3 OF THE CONVENTION,
THE UNDERSIGNED APPLICANT HAS THE HONOUR
TO SUBMIT THE FOLLOWING REQUEST:
(협약 제3조에 따라 아래에 서명한 신청인은 다음의 촉탁서를 제출합니다.)**

| | | |
|---|---|---|
| 5. a | Requesting judicial authority (Article 3,a) (촉탁 사법 당국) (제3조 1) | 서울중앙지방법원 (대한민국 서울 서초구 서초중앙로 157) |
| b | To the competent authority of (Article 3,a) (집행할 관할 당국)(제3조 1) (모르는 경우에는 기재하지 말 것.) | 미국연방지방법원 캘리포니아 북부지방법원 (450 Golden Gate Avenue San Francisco, CA 94102, United States of America) |
| c | Names of the case and any identifying number (사건의 이름과 번호) | 2024가소1872513 손해배상(기) |

6. Names and addresses of the parties and their representatives
(including representatives in the requested State*) (Article 3,b)
(당사자 및 변호인들의 이름과 주소(촉탁 국가내의 변호인들 포함*))(제3조 2)

| | | |
|---|---|---|
| a | Plaintiff (원고) | 인세연 |
| | Representatives (변호인) | 법무법인 리우 대한민국 서울 서초구 반포대로 138, 양진빌딩 3층, (우)06594 |
| b | Defendant (피고) | 성명불상자 10인 |
| | Representatives (변호인) | |
| c | Other parties (그 외) | |
| | Representatives (변호인) | |

\* Omit if not applicable.
 (필요 없은 경우에는 삭제할 것.)

A2679

| | | |
|---|---|---|
| 7. a | Nature of the proceedings(divorce, paternity, breach of contract, product liability, etc.) (Article 3,c) (절차의 성격(이혼, 친자, 계약위반, 생산물 책임, 기타 등등))(제3조 3) | 불법행위로 인한 손해배상 청구 |
| b | Summary of complaint (소장(청구)에 대한 요약) | 피고들은 원고에 대한 모욕과 허위 사실 유포로 인하여 원고에게 정신적 고통을 주었습니다. 이에 원고는 피고들을 상대로 피해에 대한 본 민사소송을 제기하였습니다. |
| c | Summary of defence and counterclaim* (답변과 반소의 요약) | |
| d | Other necessary information or documents* (그 외 필요한 정보 및 문서*) | |
| 8. a | Evidence to be obtained or other judicial act to be performed(Article 3,d) (취득할 증거 또는 이행할 그 밖의 사법적 처분)(제3조 4) | 유튜브 영상에 댓글을 작성한 이용자 10명의 신원확인정보: 이메일주소, 이름, 전화번호, 생일, 주소): [세부 내용은 첨부자료를 참고해주시기 바랍니다.] |
| b | Purpose of the evidence or judicial act sought (증거 또는 사법적 처분을 요청하는 목적) | 본 소송의 피고들을 특정하고자 합니다. |
| 9. | Identity and address of any person to be examined (Article 3,e)* (신문 받을 자의 신원과 주소)* (제3조 5)* | 구글 유한회사 (구글 유한회사의 등록 서비스 대리인, 법인 서비스 회사). 주소: Corporation Service Company 2710 Gateway Oaks Drive, Suite 150N Sacramento, CA 95833, United States of America 이메일: internationalcivil@google.com google-legal-support@google.com |
| 10. | Questions to be put to the persons to be examined or statement of the subject matter about which they are to be examined (Article 3,f)* (신문을 자에게 할 질문 또는 신문이 이루어질 소송물(주된내용)에 관한 설명)(제3조 6)* | [세부 내용은 첨부자료를 참고해주시기 바랍니다.] |

* Omit if not applicable.
  (필요 없는 경우에는 삭제할 것.)

A2679

11.    Documents or other property
       to be inspected
       (Article 3,g)*
       (증거조사가 이루어질 서류나 물건
       (부동산, 동산 등)(제3조 7)*

12.    Any requirement that the
       evidence be given on
       oath or affirmation and any
       special form to be used
       (Article 3,h)*
       (증거가 선서 또는 서약에 의하여
       제출되어야 하는 요건 및 사용될
       특별한 형식)(제3조 8)*

13.          Special    methods    or
       procedure
       to be followed (e.g. oral or
       in writing, verbatim,
       transcript or summary,
       cross-examination, etc.)
       (Articles 3, i)and 9)*
       (따라야 하는 특별한 방식
       또는 절차
       (예: 말로 또는 글로, 말한 그대로
       달록, 글로 옮긴 기록 또는 요약,
       반대신문, 기타 등등)(제3조 9,
       제9조)*

14.    Request for notification of
       the time and place for the
       execution of the Request
       and identity and address of
       any person to be notified
       (Article 7)*
       (촉탁서의 집행 시간과 장소를
       관계 당사자 또는 대리인에게
       알려 달라는 요청,
       그리고 알려줘야 할 이의 신원과
       주소)(제7조)*

15.    Request for attendance or
       participation of judicial
       personnel of the requestion
       authority at the execution
       of the Letter of Request
       (Article 8)*
       (촉탁서의 집행시에 촉탁 당국
       법관의 출석 또는 참여 요청)
       (제8조)*

* Omit if not applicable.
  (필요없는 경우에는 삭제할 것.)

A2679

| 16. | Specification of privilege or duty to refuse to give evidence under the law of the State of origin (Article 11,b)* (추탁국의 법에 의하여 증거제출을 거부할 특권이나 의무) (제11조 2)* | |
|---|---|---|
| 17. | The fees and costs incurred which are reimbursable under the second paragraph of Article 14 or under Article 26 of the Convention will be borne by* (14조항과 26조항에 의한 요금과 비용의 상환 주체) | |

**DATE OF REQUEST**

2024년 9월 6일

**SIGNATURE AND SEAL OF THE REQUESTING AUTHORITY**

* Omit if not applicable.
(필요없은 경우에는 삭제할 것.)

A2679

# 생산 요청 문서

아래 나열된 YouTube 이용자에 대한 다음과 같은 개인 식별 정보가 포함된 문서를 작성해 주시기 바랍니다.

아래 확인된 YouTube 이용자들은 이 사건 원고에 대한 허위사실을 유포하여 명예훼손, 모욕에 이르렀습니다. 이에 이 사건 원고는 아래 이용자들을 피고로 하여 민사상 손해배상 청구 소송을 제기하였고, 귀사의 YouTube 서비스를 통해 불법행위가 이루어지고 있으므로, 피고들을 특정하기 위해서 다음 요구사항에 대한 문서를 생산해 주시기 바랍니다.

■ 귀사에서 운영하는 YouTube 서비스 중 아래 각 영상에 댓글을 작성한 이용자들의 아래와 같은 정보.

<https://www.youtube.com/watch?v=xH6d8rw9GEM>
① 피고 성명불상(@user-uf2jc1dc6j)
② 피고 성명불상(@llllllllll)
③ 피고 성명불상(@효심조경)
④ 피고 성명불상(@user-bk3vf2jj8s)
⑤ 피고 성명불상(@user-uh7lt2re9e)
⑥ 피고 성명불상(@user-vn5hc6wo2l)

<https://www.youtube.com/watch?v=df9ntAEYaSc>

⑦ 피고 성명불상(@DBS7788)

⑧ 피고 성명불상(@user-xs2pg6de7v)

⑨ 피고 성명불상(@han-nyu-must-die)

⑩ 피고 성명불상(@user-ed5ih8uk4y)


위 이용자들의 아래와 같은 정보를 알려주시기 바랍니다.

---

**[애드센스 계정 정보]**

- 고객 프로필 세부정보: 이메일, 애드센스 게시자 ID, Google 계정 ID
- 결제 프로필
    > 청구 주소: 주소, 연락처 이름, 이메일, 전화, 팩스, 국가 코드
    > 고객 법적 주소
    > PIN 확인 주소: 주소, 연락처 이름, 이메일, 전화, 팩스, 국가 코드


**[구글페이 정보]**

- 등록된 이메일
- 청구 고객 번호
- 구글 계정 아이디
- 모든 청구지 주소: 주소, 전화번호
- 연락처: 이름, 전화번호, 이메일
- 은행계좌정보: 은행이름, 계좌번호, 은행코드, 청구자명, 청구지주소


**[구글 계정 정보]**

- 구글 계정 아이디, 이름, 이메일, 보조 이메일, 생일, 구글 서비스 이용, 계정 삭제 날짜, 계정 삭제 IP 주소, 계정이 마지막으로 업데이트된 날짜, 연락처 이메일, 복구 이메일, 복구 SMS, 전화번호, 2-Step 확인 전화번호, IP 활동(약 3개월 분량의 타임스탬프, 관련 IP 주소, 기기/브라우저 세부정

보)