UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: REQUEST FOR JUDICIAL ASSISTANCE FROM SEOUL CENTRAL DISTRICT COURT, REPUBLIC OF KOREA.

Case No. 25-mc-80241-SK

**ORDER GRANTING APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782**

Regarding Docket No. 1

Pending before the Court is an application submitted by the United States Attorney for an order of the Court pursuant to 28 U.S.C. § 1782. The United States requests that the Court appoint Assistant United States Attorney ("AUSA") Michael T. Pyle as Commissioner and authorize AUSA Pyle to obtain information from Google, LLC ("Google"), a company located within the jurisdiction of this Court, in conformity with the two Letters of Request from Seoul Central District Court in Seoul, Republic of Korea ("Korean Court") for use in a case brought by Seyeon In for damages from emotional distress due to insults and false information about plaintiff posted in anonymous comments posted on YouTube videos. The United States is not requesting that Google produce any banking information.

The Court has reviewed the request contained in the request, the application, and the memorandum in support, and is informed of the grounds upon which the request and application are based.

Pursuant to its power under 28 U.S.C. § 1782, the Court hereby ORDERS as follows:

1. AUSA Pyle is appointed as Commissioner and authorized to issue and serve Google with a subpoena for production of documents that is substantially similar to the proposed subpoena attached to AUSA Pyle's declaration and shall allow at least 45 days for Google

United States District Court
Northern District of California

to comply with the subpoena. AUSA Pyle shall serve a copy of this Order on Google with the subpoena;

2. No later than 10 days after service of the subpoena, Google shall notify all account users whose personal identifying information is affected by the subpoena that their identifying information is being sought by Applicant and provide a copy of this Order to each account user;

3. Google shall use all means of communications associated with the Google accounts to contact and notify the affected individuals of the subpoena;

4. Google and each account user whose information is sought may file—no later than 30 days after service or notice—a motion to quash or modify the subpoena;

5. If any party disputes the subpoena, Google shall preserve but not disclose the information sought by the subpoena pending resolution of that dispute; and

6. This Order is without prejudice to any argument that may be raised in a motion to quash or modify the subpoena from Google or any account users.

**IT IS SO ORDERED**.

Dated: August 14, 2025



SALLIE KIM
United States Magistrate Judge